UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY GILTON and LUPE MERCADO,<br><br>Defendants. | Case No. 13-cr-00764-WHO-1<br><br>**ORDER REGARDING HEARING ON JULY 8, 2020** |

Defendants Gilton and Mercado will be present at the same time in Courtroom 10 during the hearing on the pending motions tomorrow at 9 a.m. Each defendant may have two lawyers present. The government may have two lawyers present. Because of the current limitations concerning in-person proceedings, no other spectators will be allowed in the courtroom. The public will have access via the conference number listed below.

For conference line information, see: https://apps.cand.uscourts.gov/telhrg/

All counsel not present in the courtroom, members of the public and press, please use the following dial-in information below to access the conference line:

Dial In: 877-411-9748

Access Code: 1492819

PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

1  See General Order 58 at Paragraph III.

2  **IT IS SO ORDERED.**

3  Dated: July 7, 2020

_____
William H. Orrick
United States District Judge